AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Francisco Rodriguez-Ventura

AKA: Francisco Ventura
AKA: Gabriel Castaneda Martinez
  IAE    YOB:    1965
Mexico

(Name and Address of Defendant)

United States District Court
Southern District Of Texas
FILED
JUN 2 5 2020
David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number:   M-20- 1272-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 25, 2020__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Francisco Rodriguez-Ventura was encountered by Border Patrol Agents near Mission, Texas on June 25, 2020. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on June 24, 2020, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on May 26, 2020, through Laredo, Texas. Prior to Deportation/Exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 12, 2020, the defendant was convicted of 8 USC 1326, Being found in the U.S. after previous deportation and sentenced to eight (8) months confinement.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

Complaint authorized by AUSA Michael Mitchell
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

June 25, 2020   @ 4:00 PM

/S/ William A. Dubois Jr.
Signature of Complainant
William A. Dubois Jr.   Border Patrol Agent

J Scott Hacker, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer